IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 06-cv-00663-LTB-CBS

HARTSHORN PROPERTIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

_____

ORDER
_____

    For the reasons stated on the record during the May 23, 2006 hearing, the motion of the plaintiff, Hartshorn Properties, LLC, for consolidation of the preliminary injunction hearing with trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2) is GRANTED.

    The parties shall, on or before **Thursday, May 25, 2006**, submit to the Court a proposed scheduling order, setting forth deadlines for completion of discovery and preparation for trial. A further status and scheduling hearing shall occur on **Friday, June 2, 2006 at 3:00 P.M.**

Dated: May  23 , 2006, in Denver, Colorado.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge