**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   06-cv-00663-LTB-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: October 13, 2006** | Courtroom Deputy, Ellen E. Miller |

| | |
|---|---|
| HARTSHORN PROPERTIES, LLC, a Colorado limited liability company, | Holli L. Hartman |
| **Plaintiff(s)/Counter Defendant(s),** | |
| v. | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | Walter J. Downing |
| **Defendant(s)/Counter Claimant(s).** | |

**COURTROOM   MINUTES  /  MINUTE   ORDER**

**HEARING:   MOTIONS   HEARING**
**Court in Session:**   8:30   a.m.
Court calls case.  Appearance of counsel.

Argument by  Ms. Hartman.  Comments and questions by the Court.

**It is ORDERED:**   Defendant's  MOTION  FOR  PROTECTIVE  ORDER (Docket No. **40**, Filed September 25, 2006) is **GRANTED** for reasons as stated on the record.

No separate Protective Order is entered as the parties inform the Court they have completed their discovery.  The granting of the motion is deemed protection.

If the parties determine a Settlement Conference would be beneficial, counsel are to establish a conference call with chambers  (303) 844 - 2117  to request a Settlement Conference be set on a Monday, Wednesday, or Thursday evening to be held at a location outside the courthouse.

HEARING CONCLUDES.   **Court in recess:** 9:02 a.m.   Total In-Court Time:   00:32