**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00663-LTB-CBS

HARTSHORN PROPERTIES, LLC, a Colorado limited liability company,

       Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       Defendant's Unopposed Motion to Modify Final Pretrial Order to Correct and Supplement Stipulations of Fact (Doc 68 - filed November 8, 2006) is **GRANTED**.

Dated:  November 9, 2006
_____