IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00663-LTB

HARTSHORN PROPERTIES, LLC.,

Plaintiff,

v.

BNSF RAILWAY COMPANY,

Defendant.

---

STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the Trial to Court counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 17th day of November 2006.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defense