IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  06-cv-00663-LTB-CBS

HARTSHORN PROPERTIES, LLC, a Colorado limited liability company,

      Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

      Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of Claims With Prejudice (Doc 105 - filed March 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED: March 6, 2007